# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**MARSHAUN STEWART (# 46883)**                                   **PETITIONER**

**v.**                              **No. 2:06CV164-P-A**

**CHRISTOPHER EPPS, ET AL.**                                        **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice. In light of this ruling all motions currently pending in this case are hereby **DISMISSED** as moot.

       **SO ORDERED,** this the 20th day of June, 2007.

                                             /s/ W. Allen Pepper, Jr.
                                             W. ALLEN PEPPER, JR.
                                             UNITED STATES DISTRICT JUDGE